UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     GREGMANN BRYANT       CASE NO. 17-12216

        DEBTOR               SECTION B

                                      CHAPTER 13

## **MOTION TO COMPEL WELLS FARGO TO CONFIRM THAT THEY ARE IN POSSESSION OF INSURANCE PROCEEDS, TO ACCOUNT FOR WHAT THEY HAVE DONE WITH THE INSURANCE PROCEEDS FOR THE LAST SIX (6) YEARS, AND FOR DEBTOR TO USE FUNDS TO MAKE REPAIRS**

**NOW** into court, through undersigned counsel, comes the debtor who represents as follows;

### **Jurisdiction and Venue**

1. Jurisdiction is conferred on this Court pursuant to the provisions of Section 1334 of Title 28 of the United States Code in that this proceeding arises in, and is related to the above-captioned Chapter 13 case under Title 11 and concerns property of Debtor in that case.

2. The Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1334 of Title 28 of the United States Code, Section 157(b)(2) of Title 28 of the United States Code.

3. This Court has supplemental jurisdiction to hear all State law claims pursuant to Section 1367 of Title 28 of the United States Code.

4. This matter is primarily a core proceeding, and therefore the Bankruptcy Court has jurisdiction to enter a final order. However, in the event this case is determined to be a non-core proceeding, then and in that event, Debtor consents to the entry of the a final order by the Bankruptcy Judge.

5.  Venue lies in this District pursuant to Section 1391(b) of Title 28 of the United States Code.

6.  On August 22, 2017, Debtor filed a voluntary petition for relief under Title 11, Chapter 13 of the Bankruptcy Code.

7.  Wells Fargo is a scheduled creditor and listed on the schedules.

## Factual Allegations

8.  As referenced above, the current Chapter 13 case of debtor commenced by filing of a voluntary petition on August 22, 2017.

9.  This case is pending confirmation.

10. Debtor represents that Wells Fargo received insurance checks, in the amount of $8,675.14 and $17,370.61, for a total of $26,045.75, from QBE First Insurance on June 13, 2011 and December 12, 2012. (See exhibits A and B)

11. The first insurance check was based on hail damage which occurred on March 31, 2011 and was issued to replace vinyl siding, screens, windows, glass, patio covers, etc... The second check was based on a wind event of August 26, 2012 and was issued for the purpose of paying for repairs to the roof, vent, flashing, soffit, trim, and carport. Based on the best information available, these checks have been in the possession of Wells Fargo for over five (5) years, and have not been credited or applied. Debtor has made some of the repairs to his property himself, but other repairs need to be made.

## Relief Requested

12. By this motion, debtor is requesting that Wells Fargo confirm that they have the funds, and indicate whether they have put these funds in an interest bearing account, and provide the debtor with the total amount of funds now on hand and location of the funds. Additionally, debtor is also requesting that Wells Fargo be directed to disburse these funds so that repairs can be made to the property and/or so funds can be applied to arrearages.

**WHEREFORE,** your debtor pray that this matter be set for hearing, and after all due proceedings be had, that Wells Fargo be directed to explain where the insurance proceeds are, how much funds are now available since Wells Fargo has been holding the principal balance for five (5) plus years, why Wells Fargo should not be directed to turn the funds over to the debtor for repairs to his property, and for all such other relief as is just and equitable, including attorney fees necessitated by having to file this motion.

Respectfully Submitted:

Phillip D. Rubins (#17779)
Attorney at Law
4051 Veterans Mem. Blvd.
Suite 305
Metairie, LA 70002
(504) 454-7763

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     GREGMANN BRYANT                    CASE NO. 17-12216

            DEBTOR                             SECTION B

                                              CHAPTER 13

## **VERIFICATION**

I, Gregmann Bryant, do hereby make solemn oath that we have read the foregoing

**MOTION TO COMPEL WELLS FARGO TO CONFIRM THAT THEY ARE IN**

**POSSESSION OF INSURANCE PROCEEDS, TO ACCOUNT FOR WHAT THEY HAVE**

**DONE WITH THE INSURANCE PROCEEDS FOR THE LAST SIX (6) YEARS, AND**

**FOR DEBTOR TO USE FUNDS TO MAKE REPAIRS**, and it is true and correct to the best

of our knowledge and belief.

Gregmann Bryant
10/5/17



DEBTOR
EXHIBIT

Blumberg No. 5197



**QBE FIRST**

QBE FIRST Insurance Agency, Inc.
Claims Department
CA License #0879245

210 Interstate North Parkway
Suite 400
Atlanta, GA 30339-2233
Tel: 800.824.8662
Fax: 877.464.7555
www.qbefirst.com

June 13, 2011

Wells Fargo Home Mortgage
Attention: Property Loss Dept
9800 Muirlands Blvd.
Irvine, CA 92618

RE:     Claim Number:
        Date of Loss:        03/31/11
        Type of Loss:        Hail
        Policy Number:
        Loan Number:
        Location of Loss:    105 Southwood Dr Gretna, LA 70056

Dear Property Loss Dept:

We have prepared this check for hail damage to the dwelling at the location of loss referenced above. The check for **$8,675.14** is for property damage to the dwelling (Coverage A). The check has been made payable to Wells Fargo Home Mortgage, the lender and Joni & Gregmann Bryant, the borrowers and has been mailed under separate cover to Wells Fargo Home Mortgage.

The payment amount is based on the enclosed estimate and calculated as follows:

**COVERAGE "A" – "DWELLING"**
| | |
|---|---|
| Replacement Cost Loss | $17,737.93 |
| Less Recoverable Depreciation | $ 6,562.79 |
| Less Wind/Hail 2% Deductible | $ 2,500.00 |
| **Net Actual Cash Payment** | **$ 8,675.14** |

The IA's inspection report stated that there was no evidence of hail damage to the roof of the dwelling. There was however wear and tear and damage due to age to the shingles and rotted siding on the rear elevation of the dwelling, unrelated to this loss. The policy does not provide coverage for damage to wear and tear and deterioration, rot, neglect or inadequate maintenance.

We refer to the policy issued by QBE Specialty Insurance Company, form RP1201 0109 with effective dates of 09/01/10 to 09/01/11, which reads in part as follows:

**PERILS INSURED AGAINST**

**COVERAGE A - DWELLING**
**COVERAGE B - OTHER STRUCTURES**

We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property; however, we do not insure loss:

. . . .

2. caused by:
   g. (1) wear and tear, marring, deterioration;
      (2) inherent vice, latent defect, mechanical breakdown;
      (3) smog, rust or other corrosion, mold, wet or dry rot;

3. excluded under General Exclusions.

## GENERAL EXCLUSIONS

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

   . . . .

   e. **Neglect,** meaning your neglect to use reasonable means to save and preserve property at and after the time of a loss.

2. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.
   a. **Weather conditions**. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss;
   b. **Acts or decisions**, including the failure to act or decide, of any person, group, organization or governmental body;
   c. **Faulty, inadequate or defective:**
      (1) planning, zoning, development, surveying, siting;
      (2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
      (3) materials used in repair, construction, renovation or remodeling; or
      (4) maintenance;

of part or all of any property whether on or off the Described Location.

## CONDITIONS

1. **Policy Period.** This policy applies only to loss which occurs during the policy period.

4. **Your Duties After Loss**. In case of a loss to your covered property, you must see that the following are done:
   a. give prompt notice to us or our agent;
   b. (1) protect the property from further damage;
      (2) make reasonable and necessary repairs to protect the property;

10. **Suit Against Us**. No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

Please give your contractor a copy of this appraisal before he begins the repairs. If the contractor believes there is additional damage attributed to this loss that is not covered on the appraisal, have him contact us to discuss any differences. Before we can consider any additional damage payment, we must agree the damage is related to this loss and we must agree on the scope and the cost of the additional damage. If this procedure is not followed, and you incur additional cost, then we cannot be responsible for payment of the additional charges.

If the repair exceeds the amount of money we have now paid PLUS your deductible, you may pursue the recoverable depreciation portion only of this dwelling claim. To make a claim for the recoverable depreciation portion of the dwelling claim, please submit a signed proof of completion affidavit from your contractor along with his itemized repair invoice and bill showing the total amount you were charged for his work. We also need photographs of the dwelling showing the work has been completed. Once we receive this information from you and/or your contractor, we will calculate the additional amount due. You are eligible to recover the difference between the amounts paid for the dwelling loss and the amount actually spent to complete the repairs, but not more than **$6,562.79** recoverable depreciation shown on this letter and the attached appraisal.

The policy requires you make your claim for recoverable depreciation within **180 days** from the date of the loss. Please send your documentation and photos for any recoverable depreciation claim to my attention at:

> QBE FIRST Insurance Agency, Inc.
> 210 Interstate North Parkway, Suite 400
> Atlanta, Georgia 30339

Please include your claim number on any correspondence you send us.

Our failure to quote or refer to any specific policy provision in the body of this letter or any previous communication is not a waiver of those provisions. If you have any documentation, which you believe may support an obligation to provide further coverage under the policy issued by QBE Specialty Insurance Company, we urge you to contact us so that we may reconsider our position. By agreeing to consider other evidence, QBE Specialty Insurance Company does not waive any potential rights or defenses.

Please contact me if you have any questions regarding this payment by telephoning (800) 822-2997 ext 2902. Our office hours are 8:00 am to 5:00 pm EST Monday through Friday.

Sincerely,

### *Damon Davis*

Damon Davis
QBE FIRST Insurance Agency, Inc.
Program Manager for QBE Specialty Insurance Company
Claim Representative

cc:

> Joni Bryant
> Gregmann Bryant
> 105 Southwood Dr
> Gretna, LA 70056

# Adjuster Summary

**File #**          **555680 – REV**

## QBE First

| | | |
|---|---|---|
| **Adjuster** | | |
| ADJ | 210 Interstate North Parkway | **June 13, 2011** |
| **Phone** | Atlanta, GA 30339 | |
| **Fax** | Phone (800) 824-8562   Fax (770) 303-2798 | |

**Insured Name**  Bryant, Joni
**Loss Address**   105 Southwood Dr., Gretna, LA 70056
**Phone Number** (504) 975-9403        **Policy #**
**Other Phone**                        **Ins Claim #**                    **Date of Loss**   3/31/2011
**Ins Company**   QBE First

## Coverage - Building

### Front Elevation

-23 sf Wall                        -2 lf Floor

**Door(s)**    2' 6" x 6' 8"
**Window(s)**  2' 6" x 2' 6"

| | | Repl. Cost | Depr. | ACV OP RD |
|---|---|---|---|---|
| Remove Window Beading, Vinyl | 200 LF @ $0.47 | $94.00 | $0.00 | $94.00 |
| Replace Window Beading, Vinyl | 200 LF @ $1.46 | $292.00 | $63.00 | $229.00 |
| Remove Window Screen, Metal, Aluminum | 6 EA @ $1.20 | $7.20 | $0.00 | $7.20 |
| Replace Window Screen, Metal, Aluminum | 6 EA @ $56.03 | $336.18 | $161.43 | $174.75 |
| | Front Elevation Total | $729.38 | $224.43 | $504.95 |

### Left Elevation

-23 sf Wall                        -2 lf Floor

**Door(s)**    2' 6" x 6' 8"
**Window(s)**  2' 6" x 2' 6"

| | | Repl. Cost | Depr. | ACV OP RD |
|---|---|---|---|---|
| Remove Window Beading, Vinyl | 125 LF @ $0.47 | $58.75 | $0.00 | $58.75 |
| Replace Window Beading, Vinyl | 125 LF @ $1.46 | $182.50 | $39.38 | $143.12 |
| Remove Window Screen, Metal Aluminum | 4 EA @ $1.20 | $4.80 | $0.00 | $4.80 |
| Replace Window Screen, Metal Aluminum | 4 EA @ $56.03 | $224.12 | $107.62 | $116.50 |
| Remove Clear Glass, 1/8", 5-8 SF | 1 EA @ $10.58 | $10.58 | $0.00 | $10.58 |
| Replace Clear Glass, 1/8", 5-8 SF | 1 EA @ $42.48 | $42.48 | $10.47 | $32.01 |
| Remove Siding, Cement-Fiber, Horizontal Lap, 6 | 1050 SF @ $0.18 | $189.00 | $0.00 | $189.00 |
| Replace Siding, Cement-Fiber, Horizontal Lap, 6 | 1155 SF @ $2.88 | $3,326.40 | $918.23 | $2,408.17 |
| | Left Elevation Total | $4,038.63 | $1,075.70 | $2,962.93 |

## Rear Elevation

-23 sf Wall                                        -2 lf Floor

     **Door(s)**   2' 6" x 6' 8"
     **Window(s)**  2' 6" x 2' 6"

|  |  | Repl. Cost | Depr. | ACV OP RD |
|---|---|---|---|---|
| Remove Window Beading, Vinyl | 250 LF @ $0.47 | $117.50 | $0.00 | $117.50 |
| Replace Window Beading, Vinyl | 250 LF @ $1.46 | $365.00 | $78.75 | $286.25 |
| Remove Window Screen, Metal Aluminum | 6 EA @ $1.20 | $7.20 | $0.00 | $7.20 |
| Replace Window Screen, Metal, Aluminum | 6 EA @ $56.03 | $336.18 | $161.43 | $174.75 |
| Remove Clear Glass, 1/8", 5-8 SF | 3 EA @ $10.58 | $31.74 | $0.00 | $31.74 |
| Replace Clear Glass, 1/8", 5-8 SF | 3 EA @ $42.48 | $127.44 | $31.40 | $96.04 |
| Remove Patio Cover, Aluminum | 520 SF @ $0.48 | $249.60 | $0.00 | $249.60 |
| Replace Patio Cover, Aluminum | 520 SF @ $14.70 | $7,644.00 | $3,525.60 | $4,118.40 |
|  | Rear Elevation Total | $8,878.66 | $3,797.18 | $5,081.48 |

## Debris Removal

|  |  | Repl. Cost | Depr. | ACV OP RD |
|---|---|---|---|---|
| Special Clean up & Removal | 6 HR @ $24.05 | $144.30 | $0.00 | $144.30 N |
| Special Dumpster 30 Yard | 1 EA @ $299.40 | $299.40 | $0.00 | $299.40 N |
|  | Debris Removal Total | $443.70 | $0.00 | $443.70 |
|  | **Coverage - Building Totals** | **$14,090.37** | **$5,097.31** | **$8,993.06** |

## Summary

|  | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| **Estimate Totals** | $14,090.37 | $5,097.31 | $8,993.06 |
| Less Amount Not Subject To Overhead & Profit | ($443.70) | $0.00 | ($443.70) |
| **Amount Subject To Overhead & Profit** | $13,646.67 | $5,097.31 | $8,549.36 |
| Contractor's Overhead & Profit (20%) | $2,729.33 | $1,019.46 | $1,709.87 |
| **Sub-Total** | $16,376.00 | $6,116.77 | $10,259.23 |
| Amount Not Subject To Overhead & Profit | $443.70 | $0.00 | $443.70 |
| **Total With Overhead & Profit** | $16,819.70 | $6,116.77 | $10,702.93 |
| 8.75% Sales Tax | $918.23 | $446.02 | $472.21 |
| **Total With Tax** | $17,737.93 | $6,562.79 | $11,175.14 |
| Less Deductible Applied ($0.00 Maximum) | $0.00 |  | $0.00 |
| **Net Claim** | $17,737.93 | $6,562.79 | $11,175.14 |
| Less Overhead & Profit Withheld | ($2,729.33) | ($1,019.46) | ($1,709.87) |
| **Net Claim Less O&P Withheld** | **$15,008.60** | **$5,543.33** | **$9,465.27** |

A copy of this document does not constitute a settlement of this claim. The above figures are subject to insurance company approval.

Accepted by_____

**Price Database Legend**
All prices from TCD11A0306



**QBE FIRST**



QBE FIRST Insurance Agency, Inc.
Claims Department
CA License #0679245

210 Interstate North Parkway
Suite 400
Atlanta, GA 30339-2233
Tel: 800.824.8562
Fax: 877.464.7555
www.qbefirst.com

December 12, 2012

Wells Fargo Home Mortgage
Attention: Property Loss Dept
P O Box 4455
Springfield, OH 45501-4455

RE:     Claim Number:
        Date of Loss:          08/26/2012
        Type of Loss:          Wind
        Policy Number:
        Loan Number:
        Location of Loss:    105 Southwood Dr,Gretna, LA  70056

Dear Wells Fargo Home Mortgage,

Please be advised QBE FIRST Insurance Agency, Inc. is the managing general agent
and/or program manager responding on behalf of QBE Specialty Insurance Company,
and its designated third party administrator, QBE Americas, Inc.

We have prepared this check for damages to this property. The check for **$17,370.61**
is for property damage to the dwelling (Coverage A). The Check has been made
payable to Wells Fargo Home Mortgage, Joni Bryant, and Greggman Bryant. The
check has been mailed to:

Wells Fargo Home Mortgage
Attention: Property Loss Dept
P O Box 4455
Springfield, OH 45501-4455

The payment amount is based on the enclosed estimate for the documented wind and
hail damages. We calculated the amount as follows:

**COVERAGE "A" – "DWELLING"**
| | |
|---|---|
| Replacement Cost Loss | $14,534.83 |
| Less Recoverable Depreciation | $ 1,893.76 |
| Less Overhead and Profit | $ 2,422.44 |

| Actual Cash Value | $12,641.07 |
|---|---|
| Less Deductible | $ 2,500.00 |
| **Net Actual Cash Payment** | **$10,141.07** |

## COVERAGE "B" – "OTHER STRUCTURES"

| Replacement Cost Loss | $ 9,154.42 |
|---|---|
| Less Recoverable Depreciation | $   399.14 |
| Less Overhead and Profit | $ 1,525.74 |
| **Actual Cash Value** | **$ 7,229.54** |

While inspection the damages reported from Hurricane Isaac, unrelated damages were noted to the dwelling. This included rotted and deteriorated window boards on the front elevation under the bay window, rot and deterioration to the corner trim on the rear elevation. Additional interior damages to the wallpaper in the bathroom, kitchen, and wall finish in the living room. This damage are the result of wear and tear and normal discoloration over time. Additional damage was noted the garage doors that are evident of wear and tear damage, and not storm related damages.

We respectfully direct your attention to the policy of insurance you carried with QBE Insurance Corporation bearing policy number LRE910116425, with effective dates December 6, 2011 to December 6, 2012.

---

### PERILS INSURED AGAINST

---

Coverage A – Dwelling
Coverage B – Other Structures

We insure against risk of direct loss to property described on Coverages A and B only if that loss is a physical loss to property; however, we do not insure for loss:

2. caused by:
   g. (1) wear and tear, marring, deterioration;
      (3) smog, rust or other corrosion, mold, wet or dry rot.
3. excluded under General Exclusions.

---

### GENERAL EXCLUSIONS

---

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

   **e.Neglect**, meaning your neglect to use all reasonable means to save and preserve the property at and after the time of loss.

2. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

   **c.Faulty, inadequate or defective**:

    (2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction,

    (3) materials used in repair, construction, renovation or remodeling, or

    (4) maintenance;

Of part or all of the property whether on or off the Described Premises.

## CONDITIONS

4. **Your Duties After Loss**. In case of a loss to your covered property, you must see that the following are done:
   a. give prompt notice to us or our agent;
   b. (1) protect the property from further damage;
      (2) make reasonable and necessary repairs to protect the property; and
   c. as often as we reasonably require:
      (1) show the damaged property;
      (2) provide us with records and documents we request and permit us to make copies; and
      (3) submit to examination under oath, while not in the presence of any other named insured, and sign the same;

**10. Suit Against Us**. No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

All other policy provisions apply.

Give your contractor a copy of this appraisal before he begins the repairs. If the contractor believes there is additional damage attributed to this loss that is not covered on the appraisal, have him contact me to discuss any differences. Before we can consider any additional damage payment, the adjuster must agree the damage is related to this loss. The contractor and I must agree on the scope and the cost of the additional damage. If this procedure is not followed, and you incur additional cost, then we cannot be responsible for payment of the additional charges.

If the repair exceeds the amount of money we have now paid PLUS your deductible, you may pursue the recoverable depreciation portion only of this dwelling claim. To make a claim for the recoverable depreciation portion of the dwelling claim, please submit a signed proof of completion affidavit from your contractor along with his itemized repair invoice and bill showing the total amount you were charged for his work. We also need photographs of the dwelling showing the work has been completed. Once we receive this information from you and/or your contractor, we will calculate the additional amount due. You are eligible to recover the difference between the amounts paid for the dwelling loss and the amount actually spent to complete the repairs, but not more than **$2,292.90** recoverable depreciation shown on this letter and the attached appraisal.

The policy requires you make your claim for recoverable depreciation within 180 days from the date of the loss. Please send your documentation and photos for any recoverable depreciation claim to my attention at:

QBE FIRST Insurance Agency, Inc.
210 Interstate North Parkway, Suite 400
Atlanta, Georgia 30339

Please include your claim number on any correspondence you send us.

To protect your rights under the contract of insurance, any further pursuit of this claim or any legal action must be started within one year from the date of the occurrence causing the loss or damages.

Our failure to quote or refer to any specific policy provision in the body of this letter or any previous communication is not a waiver of those provisions. If you have any documentation, which you believe may support an obligation to provide further coverage under the policy issued by QBE Specialty Insurance Company, we urge you to contact us so that we may reconsider our position. By agreeing to consider other evidence, QBE Specialty Insurance Company does not waive any potential rights or defenses.

Please contact me if you have any questions regarding this payment. Our office hours are 8:00 am to 5:00 pm Eastern Standard Time Monday through Friday.

The State of Louisiana provides that we advise you of the following notice: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Sincerely,

Staci Wright
Claims Rep II
(800) 822-2997 Ext:3051
QBE FIRST Insurance Agency, Inc.
Program Manager for QBE Specialty Insurance Company

cc:
Joni Bryant & Gregmann Bryant
105 Southwood Drive
Gretna, LA 70056

 **Cunningham Lindsey U.S., Inc.**

3525 N. Causeway Blvd., Ste. 905
Metairie, Louisiana 70002
ph: (504) 834-4677
fax: (504) 834-4766

| | | | |
|---|---|---|---|
| Insured: | JONI BRYANT | HOME: | (214) 727-8660 |
| Home: | 105 SOUTHWOOD DRIVE | | |
| | GRETNA, LA 70056 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Brett Boudreaux | Business: | (504) 834-4677 |
| Business: | 3525 N. Causeway Blvd, Ste. 905 | E-mail: | bboudreaux@cl-na.com |
| | Metairie, LA 70002 | | |

| | | | |
|---|---|---|---|
| Estimator: | Brett Boudreaux | Business: | (504) 834-4677 |
| Business: | 3525 N. Causeway Blvd, Ste. 905 | E-mail: | bboudreaux@cl-na.com |
| | Metairie, LA 70002 | | |

| Claim Number: | | Policy Number: | | Type of Loss: Wind |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Date Contacted: | 11/26/2012 | | |
| Date of Loss: | 8/26/2012 | Date Received: | 11/19/2012 |
| Date Inspected: | 11/29/2012 | Date Entered: | 11/20/2012 2:58 AM |
| Date Est. Completed: | 12/12/2012 6:44 AM | | |

| | |
|---|---|
| Price List: | LANO7X_DEC12 |
| | Restoration/Service/Remodel |
| Estimate: | JONI_BRYANT |

**NOTICE: This is a repair estimate only. The insurance policy may contain provisions that will reduce any payments that might be made. This is not an authorization to repair. Authorization to repair or guarantee of payment must come from the owner of the property. No adjuster or appraiser has the authority to authorize repair or guarantee payment. The insurer assumes no responsibility for the quality of repairs that might be made.**

 **Cunningham Lindsey U.S., Inc.**

3525 N. Causeway Blvd., Ste. 905
Metairie, Louisiana 70002
ph: (504) 834-4677
fax: (504) 834-4766

## JONI_BRYANT

### roof

### Main Level



**Roof2**

| 2174.55 Surface Area | 21.75 Number of Squares |
|---|---|
| 224.35 Total Perimeter Length | 6.43 Total Ridge Length |
| 154.25 Total Hip Length | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1. Remove Tear off, haul and dispose of comp. shingles - 3 tab | 21.75 SQ | 45.22 | 983.54 | (0.00) | 983.54 |
| 2. 3 tab - 20 yr. - composition shingle roofing - incl. felt | 25.33 SQ | 167.93 | 4,253.67 | (850.73) | 3,402.94 |
| 3. Remove Additional charge for high roof (2 stories or greater) | 21.75 SQ | 4.64 | 100.92 | (0.00) | 100.92 |
| 4. Additional charge for high roof (2 stories or greater) | 25.33 SQ | 17.42 | 441.25 | (0.00) | 441.25 |
| 5. R&R Flashing - pipe jack | 6.00 EA | 36.63 | 219.78 | (36.53) | 183.25 |
| 6. R&R Roof vent - turtle type - Metal | 2.00 EA | 47.68 | 95.36 | (15.91) | 79.45 |
| 7. R&R Chimney flashing - average (32" x 36") | 1.00 EA | 269.75 | 269.75 | (50.65) | 219.10 |
| 8. R&R Drip edge | 224.35 LF | 2.27 | 509.28 | (88.39) | 420.89 |
| 9. R&R Flue cap | 1.00 EA | 110.18 | 110.18 | (19.10) | 91.08 |
| **Totals: Roof2** | | | **6,983.73** | **1,061.31** | **5,922.42** |
| **Total: Main Level** | | | **6,983.73** | **1,061.31** | **5,922.42** |

### Exterior

#### Front Elevation

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| We did not see any storm related damages to front elevation . | | | | | |
| **Totals: Front Elevation** | | | **0.00** | **0.00** | **0.00** |

JONI_BRYANT                                              12/12/2012          Page: 2

 **Cunningham Lindsey U.S., Inc.**

3525 N. Causeway Blvd., Ste. 905
Metairie, Louisiana 70002
ph: (504) 834-4677
fax: (504) 834-4766

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 10. Content Manipulation charge - per hour | 3.00 HR | 29.22 | 87.66 | (0.00) | 87.66 |
| **Allowed some labor to remove contents from under patio for repair access. Note- contents were originally stored in now damaged shed. | | | | | |
| 11. Two ladders with jacks and plank (per week) | 1.00 WK | 311.12 | 311.12 | (0.00) | 311.12 |
| 12. R&R Soffit - box framing - 2' overhang | 44.50 LF | 5.51 | 245.20 | (0.00) | 245.20 |
| 13. R&R Soffit & fascia - wood - 2' overhang | 44.50 LF | 9.51 | 423.20 | (0.00) | 423.20 |
| 14. R&R Trim board - 1" x 4" - installed (cedar) | 44.50 LF | 3.55 | 157.98 | (0.00) | 157.98 |
| 15. Seal & paint trim - two coats | 44.50 LF | 1.03 | 45.84 | (22.92) | 22.92 |
| 16. Prime & paint exterior soffit - wood | 84.00 SF | 1.59 | 133.56 | (66.78) | 66.78 |
| 17. Seal & paint wood siding | 671.00 SF | 0.97 | 650.87 | (325.44) | 325.43 |
| We allowed the painting of rear elevation with deductions for openings due to falling soffit scratching paint on upper elevation. | | | | | |
| 18. R&R Patio Cover - Fascia end - Guttered | 48.00 LF | 8.38 | 402.24 | (0.00) | 402.24 |
| **Allowed additional eight feet for downspout | | | | | |
| 19. R&R Carport - Freestanding metal - Moderate load | 520.00 SF | 12.06 | 6,271.20 | (320.11) | 5,951.09 |
| 20. Reglaze window, 10 - 16 sf | 3.00 EA | 90.37 | 271.11 | (0.00) | 271.11 |
| **Totals: Rear Elevation** | | | 8,999.98 | 735.25 | 8,264.73 |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 21. Reglaze window, 1 - 9 sf | 1.00 EA | 50.84 | 50.84 | (0.00) | 50.84 |
| **Totals: Left Elevation** | | | 50.84 | 0.00 | 50.84 |
| **Total: Exterior** | | | 9,050.82 | 735.25 | 8,315.57 |
| **Total: roof** | | | 16,034.55 | 1,796.56 | 14,237.99 |

### interior

### Main Level

JONI_BRYANT                                    12/12/2012          Page: 3

Cunningham Lindsey U.S., Inc.

3525 N. Causeway Blvd., Ste. 905
Metairie, Louisiana 70002
ph: (504) 834-4677
fax: (504) 834-4766



| master closet | | | | | Height: 10' |
|---|---|---|---|---|---|
| 496.00 SF Walls | | | 129.57 SF Ceiling | | |
| 625.57 SF Walls & Ceiling | | | 129.57 SF Floor | | |
| 14.40 SY Flooring | | | 49.60 LF Floor Perimeter | | |
| 49.60 LF Ceil. Perimeter | | | | | |

| **Door** | 3' 2 1/4" X 6' 8" | | **Opens into MASTER_BATHR** | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| No damage to walls are ceilings. We noticed blown insulation all over the floor. | | | | | |

**Totals: master closet**                                        0.00           0.00          0.00



| master bathroom | | | | | Height: 10' |
|---|---|---|---|---|---|
| 603.53 SF Walls | | | 227.44 SF Ceiling | | |
| 830.97 SF Walls & Ceiling | | | 227.44 SF Floor | | |
| 25.27 SY Flooring | | | 60.35 LF Floor Perimeter | | |
| 60.35 LF Ceil. Perimeter | | | | | |

| **Door** | 3' 2 1/4" X 6' 8" | | **Opens into MASTER_CLOSE** | | |
| **Door** | 3' 3 1/4" X 6' 8" | | **Opens into MASTER_BEDRO** | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 22. Contents - move out then reset | 1.00 EA | 36.83 | 36.83 | (0.00) | 36.83 |
| 23. Mask and prep for paint - plastic, paper, tape (per LF) | 60.35 LF | 0.95 | 57.33 | (0.00) | 57.33 |
| 24. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.40 | 2.40 | (0.00) | 2.40 |
| 25. Paint acoustic ceiling (popcorn) texture - 1 coat | 227.44 SF | 0.49 | 111.45 | (55.73) | 55.72 |

**Totals: master bathroom**                                     208.01         55.73         152.28

JONI_BRYANT                                       12/12/2012        Page: 4



**Cunningham Lindsey U.S., Inc.**

3525 N. Causeway Blvd., Ste. 905
Metairie, Louisiana 70002
ph: (504) 834-4677
fax: (504) 834-4766



| **Master Bedroom** | | | | | **Height: 10'** |

| | 499.19 SF Walls | | | 211.81 SF Ceiling | |
| | 711.00 SF Walls & Ceiling | | | 211.81 SF Floor | |
| | 23.53 SY Flooring | | | 47.90 LF Floor Perimeter | |
| | 57.99 LF Ceil. Perimeter | | | | |

| **Window** | 5' 5/8" X 4' | **Opens into Exterior** |
| **Door** | 2' 11 1/16" X 6' 8" | **Opens into LIVING_ROOM** |
| **Door** | 3' 3 1/4" X 6' 8" | **Opens into MASTER_BATHR** |

| **Subroom: Bay1 (1)** | | | | | **Height: 8'** |

| | 113.85 SF Walls | | | 25.25 SF Ceiling | |
| | 139.10 SF Walls & Ceiling | | | 25.25 SF Floor | |
| | 2.81 SY Flooring | | | 14.23 LF Floor Perimeter | |
| | 24.32 LF Ceil. Perimeter | | | | |

| **Missing Wall** | 10' 1" X 8' | **Opens into MASTER_BEDRO** |
| **Window** | 5' X 4' | **Opens into Exterior** |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 26. Contents - move out then reset | 1.00 EA | 36.83 | 36.83 | (0.00) | 36.83 |
| 27. Mask and prep for paint - plastic, paper, tape (per LF) | 82.30 LF | 0.95 | 78.19 | (0.00) | 78.19 |
| 28. Seal the surface area w/latex based stain blocker - one coat | 12.00 SF | 0.40 | 4.80 | (0.00) | 4.80 |
| 29. Paint acoustic ceiling (popcorn) texture - 1 coat | 237.05 SF | 0.49 | 116.15 | (58.08) | 58.07 |

| **Totals: Master Bedroom** | | | 235.97 | 58.08 | 177.89 |



**Cunningham Lindsey U.S., Inc.**

3525 N. Causeway Blvd., Ste. 905
Metairie, Louisiana 70002
ph: (504) 834-4677
fax: (504) 834-4766



| **Living Room** | | **Height: 10'** |
|---|---|---|
| 1568.62 SF Walls | | 757.39 SF Ceiling |
| 2326.02 SF Walls & Ceiling | | 757.42 SF Floor |
| 84.16 SY Flooring | | 152.51 LF Floor Perimeter |
| 168.81 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Door** | 2' 11 1/16" X 6' 8" | **Opens into MASTER_BEDRO** |
| **Window** | 4' 1 7/8" X 4' | **Opens into Exterior** |
| **Door** | 2' 5 7/16" X 6' 8" | **Opens into KITCHEN_PANT** |
| **Missing Wall - Goes to Floor** | 4' 1 1/8" X 6' 8" | **Opens into LIVING_ROOM** |

⊢ 8' 1 3/8" ⊣

| **Subroom: Bay (1)** | | **Height: 8'** |
|---|---|---|
| 98.10 SF Walls | | 19.67 SF Ceiling |
| 117.77 SF Walls & Ceiling | | 19.67 SF Floor |
| 2.19 SY Flooring | | 12.26 LF Floor Perimeter |
| 20.38 LF Ceil. Perimeter | | |

6 7/16"

| | | |
|---|---|---|
| **Missing Wall** | 8' 1 3/8" X 8' | **Opens into LIVING_ROOM** |
| **Window** | 2' 1/8" X 4' | **Opens into Exterior** |
| **Window** | 5' X 4' | **Opens into Exterior** |
| **Window** | 2' 1/8" X 4' | **Opens into Exterior** |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 30. Contents - move out then reset - Extra large room | 1.00 EA | 110.48 | 110.48 | (0.00) | 110.48 |
| 31. Mask and prep for paint - plastic, paper, tape (per LF) | 189.19 LF | 0.95 | 179.73 | (0.00) | 179.73 |
| 32. Seal the surface area w/latex based stain blocker - one coat | 12.00 SF | 0.40 | 4.80 | (0.00) | 4.80 |
| 33. Paint acoustic ceiling (popcorn) texture - 1 coat | 777.06 SF | 0.49 | 380.76 | (190.38) | 190.38 |
| **Totals: Living Room** | | | **675.77** | **190.38** | **485.39** |

JONI_BRYANT                                    12/12/2012        Page: 6

 **Cunningham Lindsey U.S., Inc.**

3525 N. Causeway Blvd., Ste. 905
Metairie, Louisiana 70002
ph: (504) 834-4677
fax: (504) 834-4766



| **Stairs** | | | | | **Height: 17'** |
|---|---|---|---|---|---|
| 384.19 SF Walls | | | 54.23 SF Ceiling | | |
| 438.42 SF Walls & Ceiling | | | 91.14 SF Floor | | |
| 10.13 SY Flooring | | | 36.51 LF Floor Perimeter | | |
| 32.07 LF Ceil. Perimeter | | | | | |

**Missing Wall**          3' 10 7/16" X 17'          **Opens into Exterior**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| No damage to area | | | | | |
| **Totals: Stairs** | | | **0.00** | **0.00** | **0.00** |



| **A/C closet** | | | | | **Height: 10'** |
|---|---|---|---|---|---|
| 138.12 SF Walls | | | 11.84 SF Ceiling | | |
| 149.96 SF Walls & Ceiling | | | 11.84 SF Floor | | |
| 1.32 SY Flooring | | | 13.81 LF Floor Perimeter | | |
| 13.81 LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| A/C closet in master bathroom has blown insulation all over floor with no damaged drywall for its orgin. Mr. Bryant stated A/C is not working properly. | | | | | |
| **Totals: A/C closet** | | | **0.00** | **0.00** | **0.00** |



| **kitchen pantry** | | | | | **Height: 10'** |
|---|---|---|---|---|---|
| 141.37 SF Walls | | | 12.49 SF Ceiling | | |
| 153.86 SF Walls & Ceiling | | | 12.49 SF Floor | | |
| 1.39 SY Flooring | | | 14.14 LF Floor Perimeter | | |
| 14.14 LF Ceil. Perimeter | | | | | |

**Door**          2' 5 7/16" X 6' 8"          **Opens into LIVING_ROOM**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| No damage to pantry | | | | | |
| **Totals: kitchen pantry** | . | | **0.00** | **0.00** | **0.00** |

JONI_BRYANT                                        12/12/2012          Page: 7

 **Cunningham Lindsey U.S., Inc.**

3525 N. Causeway Blvd., Ste. 905
Metairie, Louisiana 70002
ph: (504) 834-4677
fax: (504) 834-4766

├── 12' 8" ──┤



| Down stairs bedroom | | | | | Height: 8' |
|---|---|---|---|---|---|
| 384.00 SF Walls | | | | 144.00 SF Ceiling | |
| 528.00 SF Walls & Ceiling | | | | 140.00 SF Floor | |
| 16.00 SY Flooring | | | | 48.00 LF Floor Perimeter | |
| 48.00 LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 34. Contents - move out then reset | 1.00 EA | 36.83 | 36.83 | (0.00) | 36.83 |
| 35. Mask and prep for paint - plastic, paper, tape (per LF) | 48.00 LF | 0.95 | 45.60 | (0.00) | 45.60 |
| 36. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 1.63 | 52.16 | (0.00) | 52.16 |
| 37. Apply anti-microbial agent | 32.00 SF | 0.21 | 6.72 | (0.00) | 6.72 |
| 38. R&R Blown-in insulation - 8" depth - R19 | 32.00 SF | 1.32 | 42.24 | (0.00) | 42.24 |
| 39. Remove Acoustic ceiling (popcorn) texture | 112.00 SF | 0.41 | 45.92 | (0.00) | 45.92 |
| 40. Acoustic ceiling (popcorn) texture | 144.00 SF | 0.70 | 100.80 | (50.40) | 50.40 |
| **Totals: Down stairs bedroom** | | | **330.27** | **50.40** | **279.87** |
| **Total: Main Level** | | | **1,450.02** | **354.59** | **1,095.43** |
| **Total: interior** | | | **1,450.02** | **354.59** | **1,095.43** |

## Miscellaneous

### General

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 41. Cleaning Technician - per hour | 6.00 HR | 30.27 | 181.62 | (0.00) | 181.62 |
| 42. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 395.19 | 395.19 | (0.00) | 395.19 |
| **Totals: General** | | | **576.81** | **0.00** | **576.81** |
| **Total: Miscellaneous** | | | **576.81** | **0.00** | **576.81** |

### Shed

JNI_BRYANT                                                12/12/2012          Page: 8

 **Cunningham Lindsey U.S., Inc.**

3525 N. Causeway Blvd., Ste. 905
Metairie, Louisiana 70002
ph: (504) 834-4677
fax: (504) 834-4766

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 43. Storage shed - Metal - Gable type - 10' x 12' | 1.00 EA | 955.61 | 955.61 | (57.34) | 898.27 |

| **Totals: Shed** | | | **955.61** | **57.34** | **898.27** |
|---|---|---|---|---|---|

### Fencing

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 45. R&R Ornamental iron fencing - 6' high | 1.00 LF | 38.49 | 38.49 | (0.00) | 38.49 |

**Allowed one section (one LF) of fencing for repairs due to storm.

| **Totals: Fencing** | | | **38.49** | **0.00** | **38.49** |
|---|---|---|---|---|---|

| **Line Item Totals: JONI_BRYANT** | | | **19,055.48** | **2,208.49** | **16,846.99** |
|---|---|---|---|---|---|

### Grand Total Areas:

| 4,426.97 | SF Walls | 1,593.69 | SF Ceiling | 6,020.66 | SF Walls and Ceiling |
|---|---|---|---|---|---|
| 1,630.63 | SF Floor | 181.18 | SY Flooring | 449.31 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 489.46 | LF Ceil. Perimeter |
| 1,630.63 | Floor Area | 1,704.66 | Total Area | 4,218.13 | Interior Wall Area |
| 1,945.65 | Exterior Wall Area | 194.76 | Exterior Perimeter of Walls | | |
| 2,174.55 | Surface Area | 21.75 | Number of Squares | 224.35 | Total Perimeter Length |
| 6.43 | Total Ridge Length | 154.25 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 11,790.18 | 61.87% | 12,641.07 | 59.08% |
| Other Structures | 7,265.30 | 38.13% | 8,755.28 | 40.92% |
| Total | 19,055.48 | 100.00% | 21,396.35 | 100.00% |

JONI_BRYANT                                              12/12/2012          Page: 9

 **Cunningham Lindsey U.S., Inc.**

3525 N. Causeway Blvd., Ste. 905
Metairie, Louisiana 70002
ph: (504) 834-4677
fax: (504) 834-4766

## Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total | | | 11,790.18 |
| Material Sales Tax | @ | 8.750% | 322.21 |
| Subtotal | | | 12,112.39 |
| Overhead | @ | 10.0% | 1,211.22 |
| Profit | @ | 10.0% | 1,211.22 |
| **Replacement Cost Value** | | | **$14,534.83** |
| Less Depreciation | | | (1,893.76) |
| **Actual Cash Value** | | | **$12,641.07** |
| **Net Claim** | | | **$12,641.07** |
| Total Recoverable Depreciation | | | 1,893.76 |
| **Net Claim if Depreciation is Recovered** | | | **$14,534.83** |

Brett Boudreaux

 **Cunningham Lindsey U.S., Inc.**

3525 N. Causeway Blvd., Ste. 905
Metairie, Louisiana 70002
ph: (504) 834-4677
fax: (504) 834-4766

## Summary for Other Structures

| | | | |
|---|---|---|---|
| Line Item Total | | | 7,265.30 |
| Material Sales Tax | @ | 8.750% | 363.38 |
| Subtotal | | | 7,628.68 |
| Overhead | @ | 10.0% | 762.87 |
| Profit | @ | 10.0% | 762.87 |
| **Replacement Cost Value** | | | **$9,154.42** |
| Less Depreciation | | | (399.14) |
| **Actual Cash Value** | | | **$8,755.28** |
| **Net Claim** | | | **$8,755.28** |
| Total Recoverable Depreciation | | | 399.14 |
| **Net Claim if Depreciation is Recovered** | | | **$9,154.42** |

Brett Boudreaux

 **Cunningham Lindsey U.S., Inc.**

3525 N. Causeway Blvd., Ste. 905
Metairie, Louisiana 70002
ph: (504) 834-4677
fax: (504) 834-4766

## Recap by Room

**Estimate: JONI_BRYANT**

Area: roof

**Area: Main Level**

| | | | |
|---|---|---|---|
| Roof2 | | 6,983.73 | 36.65% |
| Coverage: Dwelling | 100.00% = | 6,983.73 | |
| **Area Subtotal: Main Level** | | **6,983.73** | **36.65%** |
| Coverage: Dwelling | 100.00% = | 6,983.73 | |

**Area: Exterior**

| | | | |
|---|---|---|---|
| **Rear Elevation** | | 8,999.98 | 47.23% |
| Coverage: Dwelling | 30.32% = | 2,728.78 | |
| Coverage: Other Structures | 69.68% = | 6,271.20 | |
| **Left Elevation** | | 50.84 | 0.27% |
| Coverage: Dwelling | 100.00% = | 50.84 | |
| **Area Subtotal: Exterior** | | **9,050.82** | **47.50%** |
| Coverage: Dwelling | 30.71% = | 2,779.62 | |
| Coverage: Other Structures | 69.29% = | 6,271.20 | |
| **Area Subtotal: roof** | | **16,034.55** | **84.15%** |
| Coverage: Dwelling | 60.89% = | 9,763.35 | |
| Coverage: Other Structures | 39.11% = | 6,271.20 | |

Area: interior

**Area: Main Level**

| | | | |
|---|---|---|---|
| master bathroom | | 208.01 | 1.09% |
| Coverage: Dwelling | 100.00% = | 208.01 | |
| **Master Bedroom** | | 235.97 | 1.24% |
| Coverage: Dwelling | 100.00% = | 235.97 | |
| **Living Room** | | 675.77 | 3.55% |
| Coverage: Dwelling | 100.00% = | 675.77 | |
| Down stairs bedroom | | 330.27 | 1.73% |
| Coverage: Dwelling | 100.00% = | 330.27 | |
| **Area Subtotal: Main Level** | | **1,450.02** | **7.61%** |
| Coverage: Dwelling | 100.00% = | 1,450.02 | |
| **Area Subtotal: interior** | | **1,450.02** | **7.61%** |

JONI_BRYANT            12/12/2012       Page: 12

Cunningham Lindsey **Cunningham Lindsey U.S., Inc.**

3525 N. Causeway Blvd., Ste. 905
Metairie, Louisiana 70002
ph: (504) 834-4677
fax: (504) 834-4766

| | | | |
|---|---|---|---|
| Coverage: Dwelling | 100.00% = | 1,450.02 | |
| **Area: Miscellaneous** | | | |
| **General** | | **576.81** | **3.03%** |
| Coverage: Dwelling | 100.00% = | 576.81 | |
| **Area Subtotal: Miscellaneous** | | **576.81** | **3.03%** |
| Coverage: Dwelling | 100.00% = | 576.81 | |
| **Shed** | | **955.61** | **5.01%** |
| Coverage: Other Structures | 100.00% = | 955.61 | |
| **Fencing** | | **38.49** | **0.20%** |
| Coverage: Other Structures | 100.00% = | 38.49 | |
| **Subtotal of Areas** | | **19,055.48** | **100.00%** |
| Coverage: Dwelling | 61.87% = | 11,790.18 | |
| Coverage: Other Structures | 38.13% = | 7,265.30 | |
| **Total** | | **19,055.48** | **100.00%** |

JONI_BRYANT                                    12/12/2012        Page: 13

 **Cunningham Lindsey U.S., Inc.**

3525 N. Causeway Blvd., Ste. 905
Metairie, Louisiana 70002
ph: (504) 834-4677
fax: (504) 834-4766

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **AWNINGS & PATIO COVERS** | | | 5,708.64 | 320.11 | 5,388.53 |
| Coverage: Dwelling | @ | 6.54% = | 373.44 | | |
| Coverage: Other Structures | @ | 93.46% = | 5,335.20 | | |
| **CLEANING** | | | 181.62 | | 181.62 |
| Coverage: Dwelling | @ | 100.00% = | 181.62 | | |
| **CONTENT MANIPULATION** | | | 308.63 | | 308.63 |
| Coverage: Dwelling | @ | 100.00% = | 308.63 | | |
| **GENERAL DEMOLITION** | | | 2,813.90 | | 2,813.90 |
| Coverage: Dwelling | @ | 66.58% = | 1,873.50 | | |
| Coverage: Other Structures | @ | 33.42% = | 940.40 | | |
| **DRYWALL** | | | 141.12 | 50.40 | 90.72 |
| Coverage: Dwelling | @ | 100.00% = | 141.12 | | |
| **FINISH CARPENTRY / TRIMWORK** | | | 142.40 | | 142.40 |
| Coverage: Dwelling | @ | 100.00% = | 142.40 | | |
| **FIREPLACES** | | | 95.51 | 19.10 | 76.41 |
| Coverage: Dwelling | @ | 100.00% = | 95.51 | | |
| **INSULATION** | | | 20.80 | | 20.80 |
| Coverage: Dwelling | @ | 100.00% = | 20.80 | | |
| **ORNAMENTAL IRON** | | | 34.09 | | 34.09 |
| Coverage: Other Structures | @ | 100.00% = | 34.09 | | |
| **PAINTING** | | | 1,811.48 | 719.33 | 1,092.15 |
| Coverage: Dwelling | @ | 100.00% = | 1,811.48 | | |
| **ROOFING** | | | 5,652.31 | 1,042.21 | 4,610.10 |
| Coverage: Dwelling | @ | 100.00% = | 5,652.31 | | |
| **SCAFFOLDING** | | | 311.12 | | 311.12 |
| Coverage: Dwelling | @ | 100.00% = | 311.12 | | |
| **SOFFIT, FASCIA, & GUTTER** | | | 549.58 | | 549.58 |
| Coverage: Dwelling | @ | 100.00% = | 549.58 | | |
| **WINDOW REGLAZING & REPAIR** | | | 321.95 | | 321.95 |
| Coverage: Dwelling | @ | 100.00% = | 321.95 | | |
| **WATER EXTRACTION & REMEDIATION** | | | 6.72 | | 6.72 |
| Coverage: Dwelling | @ | 100.00% = | 6.72 | | |
| **EXTERIOR STRUCTURES** | | | 955.61 | 57.34 | 898.27 |
| Coverage: Other Structures | @ | 100.00% = | 955.61 | | |
| **O&P Items Subtotal** | | | 19,055.48 | 2,208.49 | 16,846.99 |
| **Material Sales Tax** | @ | 8.750% | 685.59 | 84.41 | 601.18 |
| Coverage: Dwelling | @ | 47.00% = | 322.21 | | |
| Coverage: Other Structures | @ | 53.00% = | 363.38 | | |
| **Overhead** | @ | 10.0% | 1,974.09 | | 1,974.09 |
| Coverage: Dwelling | @ | 61.36% = | 1,211.22 | | |
| Coverage: Other Structures | @ | 38.64% = | 762.87 | | |

JONI_BRYANT                                                      12/12/2012          Page: 14

### Cunningham Lindsey U.S., Inc.

3525 N. Causeway Blvd., Ste. 905
Metairie, Louisiana 70002
ph: (504) 834-4677
fax: (504) 834-4766

| | | | | | |
|---|---|---|---|---|---|
| **Profit** | @ | 10.0% | 1,974.09 | | 1,974.09 |
| Coverage: Dwelling | @ | 61.36% = | 1,211.22 | | |
| Coverage: Other Structures | @ | 38.64% = | 762.87 | | |
| **Total** | | | 23,689.25 | 2,292.90 | 21,396.35 |

**NOTICE: This is a repair estimate only. The insurance policy may contain provisions that will reduce any payments that might be made. This is not an authorization to repair. Authorization to repair or guarantee of payment must come from the owner of the property. No adjuster or appraiser has the authority to authorize repair or guarantee payment. The insurer assumes no responsibility for the quality of repairs that might be made.**

JONI_BRYANT        12/12/2012      Page: 15