**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: GREGMANN BRYANT           CASE NO. 17-12216; SEC B
                                                                       CHAPTER 13

**RESPONSE TO MOTION TO COMPEL WELLS FARGO TO CONFIRM THAT THEY ARE IN POSSESSION OF INSURANCE PROCEEDS, TO ACCOUNT FOR WHAT THEY HAVE DONE WITH THE INSURANCE PROCEEDS FOR THE LAST SIX (6) YEARS, AND FOR DEBTOR TO USE FUNDS TO MAKE REPAIRS**

       NOW INTO COURT, through undersigned counsel, comes WELLS FARGO BANK, N.A. ("Creditor"), a secured creditor in the above entitled and numbered case, who respectfully represents as follows:

1.

       Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on August 22, 2017, and S.J. Beaulieu, Jr., was appointed as the Trustee.

2.

       Creditor is the holder of a note in the original principal amount of $125,000.00 dated February 23, 2001, and signed by Gregmann Bryant and Joni S Bryant, and secured by a mortgage registered in records of Jefferson Parish, Louisiana, affecting immovable property known as 105 Southwood Dr, Gretna, LA 70056.

3.

       Debtors filed a Motion to Compel Wells Fargo to Confirm That They are in Possession of Insurance Proceeds, to Account for What They Have Done With the Insurance Proceeds for the Last Six (6) Years, and for Debtor to Use Funds to Make Repairs ("Motion to Compel") on October 6, 2017, with a hearing set for November 1, 2017 at 10:30 a.m.

4.

The Motion to Compel is requesting that Wells Fargo confirm that they have the funds, and indicate whether they have put these funds in an interest bearing account, and provide the debtor with the total amount of funds now on hand and location of the funds. Additionally, debtor is also requesting Wells Fargo be directed to disburse these funds so that repairs can be made to the property and/or so funds can be applied to arrearages.

5.

Creditor acknowledges receipt of checks in the amount of $8,675.14 and $17,370.61, which were placed in restricted escrow at the time of receipt. The funds remain in restricted escrow. The restricted escrow account has been accruing interest, which has been deposited annually to the standard escrow account to offset the customer's escrow shortage. The total amount of interest that has accrued through 2016 is $2,382.22.

6.

Creditor needs one of the following prior to agreeing to disburse funds:

1. Copies of paid receipts from the contractor who performed the work.
2. Hold Harmless Agreement.

7.

Creditor further advises that numerous attempts to contact the debtor were made to obtain the information needed in order to disburse the funds. As such, Creditor does not believe it should be responsible for attorney fees.

  05/01/12: Customer called. Advised of docs needed, letter sent.
  06/15/12: Call out to customer to advise of docs needed. Unable to speak to customer (customer stated cannot talk at this time).
  07/16/12: Voicemail left regarding documents needed.
  07/16/12: Letter mailed to customer. (Exhibit A)
  08/01/12: Voicemail left regarding documents needed.
  08/01/12: Letter mailed to customer. (Exhibit A)
  08/21/12: Call out to customer. Spoke with customer regarding missing documentation required.

      09/11/12: Voicemail left regarding missing documents.
      09/12/12: Letter mailed to customer. (Exhibit A)
      10/02/12: Call out to customer to advise of docs needed. Unable to speak to customer (customer stated cannot talk at this time).
      10/16/12: Call out to customer to advise of docs needed. Customer hung up. Call out again and line was busy.
      10/26/12: Voicemail left regarding documents needed.
      11/08/12: Claim was closed due to no response from customer.
      07/11/14: Approval received from bankruptcy to monitor claim.
      07/17/14: Home Recovery Kit documents sent to customer. (Exhibit B)
      07/18/14: Call Received from customer. Was advised of documents needed.
      08/21/17: Customer was contacted to follow-up on repair status. Customer stated he no longer has receipts from years ago. Was advised we could accept a Hold Harmless Agreement in lieu of receipts. Customer requested an inspection.
      09/05/17: Inspection was ordered.
      09/21/17: Inspection cancelled due to inspector unable to reach customer to set appointment.

8.

For the foregoing reason, Creditor responds to the Motion to Compel, filed by the Debtors.

WHEREFORE, CREDITOR PRAYS that the response to the Motion to Compel, be heard.

                                DEAN MORRIS, L.L.C.
                                1820 Avenue of America
                                P. O. Box 15270
                                Monroe, LA 71207-5270
                                (318) 388-1440

                                /S/ Jason R. Smith
                                ATTORNEY FOR CREDITOR

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: GREGMANN BRYANT            CASE NO. 17-12216; SEC B
                                                            CHAPTER 13

### **CERTIFICATE OF SERVICE**

      I, Jason R. Smith, hereby certify that I have notified the following interested parties of the Response to Motion to Compel Wells Fargo to Confirm That They are in Possession of Insurance Proceeds, to Account for What They Have Done With the Insurance Proceeds for the Last Six (6) Years, and for Debtor to Use Funds to Make Repairs, filed by WELLS FARGO BANK, N.A., as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Gregmann Bryant<br>105 Southwood Dr.<br>Gretna, LA 70056 | S.J. Beaulieu, Jr.<br>433 Metairie Road<br>Suite 307<br>Metairie, LA 70005 |
| Phillip D. Rubins<br>Attorney at Law<br>4051 Veterans Memorial Blvd.<br>Suite 305<br>Metairie, LA 70002 | Office of the U.S. Trustee<br>400 Poydras Street<br>Suite 2110<br>New Orleans, LA 70130 |

by mailing this notice and a copy of the Response to Motion to Compel, filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 25th day of October, 2017.

                                         DEAN MORRIS, L.L.C.
                                         1820 Avenue of America
                                         P. O. Box 15270
                                         Monroe, LA 71207-5270
                                         (318) 388-1440

                                         /S/ Jason R. Smith
                                         ATTORNEY FOR CREDITOR