UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     GREGMANN BRYANT           CASE NO. 17-12216

                DEBTOR                           SECTION B

                                                               CHAPTER 13

## SUPPLEMENTAL MOTION TO COMPEL WELLS FARGO TO CONFIRM THAT THEY ARE IN POSSESSION OF INSURANCE PROCEEDS, TO ACCOUNT FOR WHAT THEY HAVE DONE WITH THE INSURANCE PROCEEDS FOR THE LAST SIX (6) YEARS, AND FOR DEBTOR TO USE FUNDS TO MAKE REPAIRS

**NOW** into court, through undersigned counsel, comes the debtor who supplements his earlier motion as follows;

1.

Debtor represents that he paid out of his pocket in 2013 and recently, the sum of $15,043.02 to C G Contracting & Custom Iron, Inc. to repair his property. Debtor acquiesces to having Wells Fargo send a representative out to the property to inspect that this work has been done. Debtor requests that this be done expeditiously and immediately, and that immediately upon completion, that Wells Fargo be ordered to reimburse the debtor the $15,043.02 paid by the debtor previously to C G Contracting & Custom Iron, Inc.

2.

With regards to the resisual funds, debtor requests that these funds be held in Trust by Wells Fargo and disbursed to the debtor as additional work is done on the property. Specifically, debtor represents that his roof was not completely repaired because he did not have the funds to do so and all of the other work that needed to be done. Additionally, debtor represents that he needs to hire a contractor to repair his patio, and requests that, upon completion of the work and inspection, funds be disbursed to debtor and/or contractor for work performed.

**WHEREFORE,** your debtor pray that this Supplemental Motion be filed of record, matter be set for hearing, and after all due proceedings be had, that this court issue an order in accordance with the relief requested above.

Respectfully Submitted:

Phillip D. Rubins (#17779)
Attorney at Law
4051 Veterans Mem. Blvd.
Suite 305
Metairie, LA 70002
(504) 454-7763

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     GREGMANN BRYANT          CASE NO. 17-12216

           DEBTOR                    SECTION B

                                     CHAPTER 13

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing **SUPPLEMENTAL MOTION TO COMPEL WELLS FARGO TO CONFIRM THAT THEY ARE IN POSSESSION OF INSURANCE PROCEEDS, TO ACCOUNT FOR WHAT THEY HAVE DONE WITH THE INSURANCE PROCEEDS FOR THE LAST SIX (6) YEARS, AND FOR DEBTOR TO USE FUNDS TO MAKE REPAIRS** was served on the 9th day of Nov, 2017 by ELECTRONIC FILING through the court's electronic filing system upon:

Chapter 13 Trustee, S.J. Beaulieu        ecf@ch13no.com

United States Trustee                     USTPRegion05.NR.ECF@usdoj.gov

and by First Class Mail, Postage Prepaid upon:

Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Rd.
Eagan, MN 55121-7700

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

Wells Fargo Home Mortgage
Attn: Bankruptcy Department
MAC #D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

Jason R. Smith
Dean Morris, LLP
1505 N. 19th Street
Monroe, LA 71201

_[signature]_
Phillip D. Rubins
4051 Veterans Memorial Blvd
Suite 305
Metairie, LA 70002
(504) 454-7763
(#17779)

# C G CONTRACTING & CUSTOM IRON, INC.

4097 TAYLOR STREET
NEW ORLEANS, LA 70131-1709

Phone (504) 272-8589
Fax (504) 272-8589
Email CGGreencontracting@gmail.com

# RECEIPT/INVOICE

**Billed To:**
**Gregmann Bryant**
**105 Southwood Dr.**
**Gretna, LA 70056**

| SOFFIT & FACIA BOARDS | DATE: 09/03/2013 |

| POLICY # LRE910116425 | TYPE OF LOSS: WIND DAMAGE |

| DATE OF LOSS: 08/26/2012 |

**Job Description:** We propose to perform the following work as described below:

Repaired and replaced soffits and facia boards on residence.

| Labor & Material for installation: | $5,529.00 |
|---|---|
| | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**MATERIAL & LABOR TOTAL**  $5,529.00
**PAID IN FULL**  - $5,529.00
**BALANCE DUE**  - 0 -

Contractor Signature
*Charles Green*

# C G CONTRACTING & CUSTOM IRON, INC.

4097 TAYLOR STREET
NEW ORLEANS, LA 70131-1709

Phone (504) 272-8589
Fax (504) 272-8589
Email CGGreencontracting@gmail.com

# RECEIPT/INVOICE

**Billed To:**
**Gregmann Bryant**
**105 Southwood Dr.**
**Gretna, LA 70056**

| WINDOWS & SIDING | DATE: 09/03/2013 |

| POLICY # LRE910116425 | TYPE OF LOSS: HAIL |

| DATE OF LOSS: 03/31/2011 |

**Job Description:** We propose to perform the following work as described below:

Repaired windows in residence and replaced masonite siding and replaced with hardi-board siding on residence.

| Labor & Material for installation: | $6,700.02 |
|---|---|
|  |  |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

✓ MATERIAL & LABOR TOTal     $6,700.02
✓ PAID IN FULL     - $6,700.02
   BALANCE DUE     - 0 –

Contractor Signature
_Charles Green_

# C G CONTRACTING & CUSTOM IRON, INC.

4097 TAYLOR STREET
NEW ORLEANS, LA 70131-1709

Phone (504) 272-8589
Fax (504) 272-8589
Email CGGreencontracting@gmail.com

# RECEIPT/INVOICE

Billed To:
**Gregmann Bryant**
**105 Southwood Dr**
**Gretna, LA 70056**

| ROOF (1) | DATE: 09/03/2013 |
|---|---|

| POLICY #LRE910116425 | TYPE OF LOSS: WIND DAMAGE |
|---|---|

| DATE OF LOSS: 08/26/2012 |
|---|

**Job Description:** We propose to supply Materials and labor to perform Restoration and Remodeling of residence at 105 Southwood Dr., Gretna, LA 70056.

| Repair roof on residence. | $2,100.00 |
|---|---|
| | |
| | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**MATERIAL & LABOR TOTAL**     $2,100.00
**PAID IN FULL**     - $2,100.00
**BALANCE DUE**     -0-

**Contractor Signature**
*Charles Green*

# C G CONTRACTING & CUSTOM IRON, INC.

4097 TAYLOR STREET
NEW ORLEANS, LA 70131-1709

Phone (504) 272-8589
Fax (504) 272-8589
Email CGGreencontracting@gmail.com

# RECEIPT/INVOICE

Billed To:
**Gregmann Bryant**
**105 Southwood Dr**
**Gretna, LA 70056**

| ROOF (1) | DATE: 08/05/2017 |

| POLICY #LRE910116425 | TYPE OF LOSS: WIND DAMAGE |

| DATE OF LOSS: 08/26/2012 |

**Job Description:** We propose to supply Materials and labor to perform Restoration and Remodeling of residence at 105 Southwood Dr., Gretna, LA 70056.

| Repair roof on residence. | $ 714.00 |
|---|---|
| | |
| | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**MATERIAL & LABOR TOTAL**           $ 714.00
**PAID IN FULL**                    - $ 714.00
  **BALANCE DUE**                        -0-

Contractor Signature
*Charles Green*



(https://www.sos.la.gov/Pages/default.aspx)

**Search for Louisiana Business Filings**

Effective January 1, 2018, business owners in the following parishes will be required to file all available business documents online through geauxBIZ: Ascension, Bossier, Caddo, Calcasieu, East Baton Rouge, Jefferson, Lafayette, Livingston, Orleans, Ouachita, Rapides, St. Tammany, Tangipahoa and Terrebonne.

| Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record |

| Name | Type | City | Status |
|---|---|---|---|
| C G CONTRACTING & CUSTOM IRON WORKS, INCORPORATED | Business Corporation | NEW ORLEANS | Active |

**Previous Names**
Business: C G CONTRACTING & CUSTOM IRON WORKS, INCORPORATED
Charter Number: 35087140D
Registration Date: 5/11/2001

**Domicile Address**
4097 TAYLOR STREET
NEW ORLEANS, LA 701311709

**Mailing Address**
4097 TAYLOR STREET
NEW ORLEANS, LA 701311709

**Principal Office Address**
4097 TAYLOR STREET
NEW ORLEANS, LA 701311709

**Status**
Status: Active
Annual Report Status: In Good Standing
File Date: 5/11/2001
Last Report Filed: 7/8/2017
Type: Business Corporation

**Registered Agent(s)**

| Agent: | A. F. ARMOND, JR. |
|---|---|
| Address 1: | 401 WHITNEY AVENUE, SUITE 324 |
| City, State, Zip: | GRETNA, LA 70056 |
| Appointment Date: | 5/11/2001 |

| Officer(s) | | Additional Officers: No |
|---|---|---|
| Officer: | CHARLES GREEN | |
| Title: | President, Director | |
| Address 1: | 4097 TAYLOR STREET | |
| City, State, Zip: | NEW ORLEANS, LA 70131-1709 | |
| Officer: | BILLIE J. GREEN | |
| Title: | Secretary, Director, Vice-President | |
| Address 1: | 4097 TAYLOR STREET | |
| City, State, Zip: | NEW ORLEANS, LA 70131-1709 | |

**Amendments on File**

No Amendments on file

| Back to Search Results | New Search | View Shopping Cart |

© 2017 Louisiana Department of State