# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: GREGMANN BRYANT            CASE NO. 17-12216; SEC B
                                                                                          CHAPTER 13

## AGREED ORDER

Considering the Motion to Compel Wells Fargo to Confirm That They are in Possession of Insurance Proceeds, to Account for What They Have Done With the Insurance Proceeds for the Last Six (6) Years, and for Debtor to Use Funds to Make Repairs **(P-15 and P-26)** filed on behalf of Gregmann Bryant ("Debtor"), the response **(P-24)** filed by Wells Fargo Bank, N.A. ("Creditor") and the agreement between parties:

**IT IS HEREBY ORDERED** that Motion to Compel is partially granted. Wells Fargo is to release $15,043.02 within 15 days to the debtor.

**IT IS FURTHER ORDERED** that any future release of the remaining funds is pending further inspection to indicate the remaining repairs are completed. The hearing on the Motion to Compel shall be continued to February 7, 2018 at 10:30 a.m.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, December 7, 2017.

*J. A. Brown*

Hon. Jerry A. Brown
U.S. Bankruptcy Judge

| | |
|---|---|
| DEAN MORRIS, L.L.C. | Phillip D. Rubins |
| 1820 Avenue of America | 4051 Veterans Memorial Blvd. |
| P. O. Box 15270 | Suite 305 |
| Monroe, LA  71207-5270 | Metairie, LA  70002 |
| (318) 388-1440 | (504) 454-7763 |
| | |
| By:  /S/Jason R. Smith | By: /S/ Phillip D. Rubins |
| Jason R. Smith (Bar # 34981) | Phillip D. Rubins (Bar #17779) |
| Attorney for Creditor | Attorney for Debtor |

This order was prepared and is being submitted by:

DEAN MORRIS, L.L.C.

By:  /S/Jason R. Smith
    Jason R. Smith
    Attorney for Creditor
    Bar Number 34981
    1820 Avenue of America
    P. O. Box 15270
    Monroe, LA  71207-5270
    (318) 388-l440