UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     GREGMANN BRYANT            CASE NO. 17-12216

                DEBTOR                          SECTION B

                                                    CHAPTER 13

**MOTION TO WITHDRAW MOTION TO COMPEL WELLS FARGO TO CONFIRM THAT THEY ARE IN POSSESSION OF INSURANCE PROCEEDS, TO ACCOUNT FOR WHAT THEY HAVE DONE WITH THE INSURANCE PROCEEDS FOR THE LAST SIX (6) YEARS, AND FOR DEBTOR TO USE FUNDS TO MAKE REPAIRS (P-15) and SUPPLEMENTAL MOTION TO COMPEL WELLS FARGO TO CONFIRM THAT THEY ARE IN POSSESSION OF INSURANCE PROCEEDS, TO ACCOUNT FOR WHAT THEY HAVE DONE WITH THE INSURANCE PROCEEDS FOR THE LAST SIX (6) YEARS, AND FOR DEBTOR TO USE FUNDS TO MAKE REPAIRS (P-26)**

**NOW** into court, through undersigned counsel, comes the debtor, Gregmann Bryant, who represents as follows:

1.

Counsel for debtor filed a Motion to Compel Wells Fargo To Confirm That They Are In Possession Of Insurance Proceeds, To Account For What They Have Done With The Insurance Proceeds For The Last Six (6) Years, And For Debtor To Use Funds To Make Repairs on October 6, 2017, and supplemented this motion on November 9, 2017.

2.

Wells Fargo acknowledges that they are holding a certain amount of debtor's money based on insurance proceeds received, and that Wells Fargo has also disbursed a portion of this money. At this time, debtor has not supplied the documentation to go forward to request the residual funds, so this motion is being withdrawn without prejudice.

**WHEREFORE,** mover prays that the Motion to Compel Wells Fargo To Confirm That They Are In Possession Of Insurance Proceeds, To Account For What They Have Done With The Insurance Proceeds For The Last Six (6) Years, And For Debtor To Use Funds To Make Repairs and the Supplemental Motion to Compel Wells Fargo To Confirm That They Are In Possession Of Insurance Proceeds, To Account For What They Have Done With The Insurance Proceeds For The Last Six (6) Years, And For Debtor To Use Funds To Make Repairs be withdrawn, without prejudice.

Respectfully Submitted:

Phillip D. Rubins (#17779)
Attorney at Law
4051 Veterans Mem. Blvd.
Suite 305
Metairie, LA 70002
(504) 454-7763

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:    GREGMANN BRYANT            CASE NO. 17-12216

           DEBTOR                          SECTION B

                                                   CHAPTER 13

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **MOTION TO WITHDRAW MOTION TO COMPEL WELLS FARGO TO CONFIRM THAT THEY ARE IN POSSESSION OF INSURANCE PROCEEDS, TO ACCOUNT FOR WHAT THEY HAVE DONE WITH THE INSURANCE PROCEEDS FOR THE LAST SIX (6) YEARS, AND FOR DEBTOR TO USE FUNDS TO MAKE REPAIRS (P-15)** and **SUPPLEMENTAL MOTION TO COMPEL WELLS FARGO TO CONFIRM THAT THEY ARE IN POSSESSION OF INSURANCE PROCEEDS, TO ACCOUNT FOR WHAT THEY HAVE DONE WITH THE INSURANCE PROCEEDS FOR THE LAST SIX (6) YEARS, AND FOR DEBTOR TO USE FUNDS TO MAKE REPAIRS (P-26)** was served on the 3rd day of April, 2018 by ELECTRONIC FILING through the court's electronic filing system upon:

Chapter 13 Trustee, S.J. Beaulieu     ecf@ch13no.com

United States Trustee                     USTPRegion05.NR.ECF@usdoj.gov

and by First Class Mail, Postage Prepaid on the attached list of creditors and:

Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Rd.
Eagan, MN 55121-7700

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

Wells Fargo Home Mortgage
Attn: Bankruptcy Department
MAC #D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715
Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

Jason R. Smith
Dean Morris, LLP
1505 N. 19th Street
Monroe, LA 71201

/s/ Phillip D. Rubins
Phillip D. Rubins
4051 Veterans Memorial Blvd
Suite 305
Metairie, LA 70002
(504) 454-7763
(#17779)