UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:	GREGMANN BRYANT	CASE NO. 17-12216

DEBTOR	SECTION B

CHAPTER 13

**ORDER**

**CONSIDERING** the **MOTION TO WITHDRAW (P-39) MOTION TO COMPEL WELLS FARGO TO CONFIRM THAT THEY ARE IN POSSESSION OF INSURANCE PROCEEDS, TO ACCOUNT FOR WHAT THEY HAVE DONE WITH THE INSURANCE PROCEEDS FOR THE LAST SIX (6) YEARS, AND FOR DEBTOR TO USE FUNDS TO MAKE REPAIRS (P-15)** and **SUPPLEMENTAL MOTION TO COMPEL WELLS FARGO TO CONFIRM THAT THEY ARE IN POSSESSION OF INSURANCE PROCEEDS, TO ACCOUNT FOR WHAT THEY HAVE DONE WITH THE INSURANCE PROCEEDS FOR THE LAST SIX (6) YEARS, AND FOR DEBTOR TO USE FUNDS TO MAKE REPAIRS (P-26)**, filed by the debtor;

**IT IS ORDERED, ADJUDGED, AND DECREED** that this motion **(P-39)** is **GRANTED**, and the Motion to Compel Wells Fargo To Confirm That They Are In Possession Of Insurance Proceeds, To Account For What They Have Done With The Insurance Proceeds For The Last Six (6) Years, And For Debtor To Use Funds To Make Repairs **(P-15)** and the Supplemental Motion to Compel Wells Fargo To Confirm That They Are In Possession Of Insurance Proceeds, To Account For What They Have Done With The Insurance Proceeds For The Last Six (6) Years, And For Debtor To Use Funds To Make Repairs **(P-26)**, are hereby withdrawn, without prejudice.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, April 3, 2018.

*J. A. Brown*

Hon. Jerry A. Brown
U.S. Bankruptcy Judge