# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: GREGMANN BRYANT            CASE NO. 17-12216; SEC B
                                                                             CHAPTER 13

## CONSENT ORDER

Considering the hearing scheduled for August 15, 2018, on the Motion for Relief (P.42) filed on behalf of WELLS FARGO BANK, N.A. ("Creditor") and the agreement between parties:

**IT IS HEREBY AGREED** that, GREGMANN BRYANT ("Debtor"), has paid to Creditor, $1,421.78 on July 11, 2018, and $1,312.11 on August 6, 2018, said funds have applied to the March 28, 2018 post petition payment in the amount of $1,421.78, with $1,312.11 towards debtor suspense. At the time the Motion for Relief was filed the Debtor had $31.10 in suspense, which leaves a current suspense balance of $1,343.21. Creditor acknowledges receipt of said funds in the amount of $1,421.78 and $1,312.11.

**IT IS ORDERED** that the Debtor shall pay the balance of $4,014.90, which represents April 28, 2018 post petition payment in the amount of $1,421.78, May 28, 2018 through and including July 28, 2018 post petition payments in the amount of $1,312.11 each, less unapplied funds of $1,343.21, by paying in CERTIFIED FUNDS ONLY, nine (9) monthly installments in the amount of $446.10 each, in addition to the regular monthly mortgage payments, beginning August 28, 2018 through and including April 28, 2019.

**IT IS FURTHER ORDERED** that the Debtor shall thereafter pay the regular monthly mortgage payments on a timely basis in accordance with the note and mortgage beginning with the August 28, 2018 payment. The regular monthly mortgage payments are subject to change due to the escrow provisions of the note and mortgage.

**IT IS FURTHER ORDERED** that in the event the Debtor fails, to make all payments as required by this consent order or fails to pay any regular monthly mortgage payments thereafter, all

in accordance with this consent order, the Creditor shall be entitled to ex parte relief from the automatic stay, after a fourteen (14) day notice to Debtor and Debtor's Counsel, and upon presentation of an affidavit of an officer or employee of Creditor, or its successors, establishing such default 30 days thereafter. The ex parte relief order will allow Creditor to foreclose immediately on the property more fully described in the mortgage filed in the record hereof, and which property bears the municipal address of 105 Southwood Dr, Gretna, Louisiana 70056. This order shall survive one (1) year after entry of this order or until this case is otherwise dismissed.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, August 14, 2018.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge

| | |
|---|---|
| DEAN MORRIS, L.L.C. | Phillip D. Rubins |
| 1820 Avenue of America | Attorney at Law |
| P. O. Box 15270 | 4051 Veterans Memorial Boulevard |
| Monroe, LA 71207-5270 | Suite 305 |
| (318) 388-1440 | Metairie, LA 70002 |
| | |
| By: /s/ Jason R. Smith | By: /s/ Phillip D. Rubins |
| Jason R. Smith (Bar # 34981) | Phillip D. Rubins (Bar # 17779) |
| Attorneys for Creditor | Attorney for Debtor |